**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **JERMICHAEL LASHAWN BULLOCK** | **DOCKET NO. 2:26-cv-00772**<br>**SECTION P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ALLEN PATE** | **MAGISTRATE JUDGE LEBLANC** |

**<u>JUDGMENT</u>**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Bullock's petition is **DENIED** and **DISMISSED** without prejudice.

**THUS DONE AND SIGNED** in chambers this 24th day of August, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**